IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRIT UW LIMITED and HISCOX ) <br> DEDICATED CORPORATE MEMBER, ) <br> LTD, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> PRECISION CONSTRUCTION & ) <br> ERECTORS, LLC, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:13cv813-MHT <br> (WO) |

JUDGMENT

It is ORDERED as follows:

(1) Plaintiffs' motion to dismiss (Doc. No. 63) is granted.

(2) Defendant Dixie Roofing, Inc. is dismissed and terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 18th day of February, 2014.**

                            <u>/s/ Myron H. Thompson</u>
                            **UNITED STATES DISTRICT JUDGE**