IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRIT UW LIMITED and HISCOX    )
DEDICATED CORPORATE MEMBER,   )
LTD,                          )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:13cv813-MHT
                              )          (WO)
PRECISION CONSTRUCTION &      )
ERECTORS, LLC, et al.,        )
                              )
    Defendants.               )
```

JUDGMENT

It is ORDERED follows:

(1) Plaintiffs' motion to dismiss (Doc. No. 75) is granted.

(2) Defendant Mid-South Industrial Construction, Inc. is dismissed and terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 19th day of March, 2014.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE