IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BRIT UW LIMITED and             )
HISCOX DEDICATED CORPORATE      )
MEMBER, LTD,                    )
                                )
     Plaintiffs,                )
                                )        CIVIL ACTION NO.
     v.                         )          2:13cv813-MHT
                                )             (WO)
PRECISION CONSTRUCTION &        )
ERECTORS, LLC, et al.,          )
                                )
     Defendants.                )

ORDER

It is ORDERED that the joint motion to be excused (doc. no. 93) is granted. The court assumes that the non-movants have no objection to the motion; however, if they do, they must file the objection within two business days from this date.

DONE, this the 20th day of January, 2015.

                    ___/s/ Myron H. Thompson___
                    UNITED STATES DISTRICT JUDGE